# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12–cv–03113–JMF

Delgado et al v. Villanueva et al
Assigned to: Judge Jesse M. Furman
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 04/19/2012
Date Terminated: 06/18/2013
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Ma Cecilia M. Delgado**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
Law Office of Felix Q. Vinluan
69–10 Riisevelt Ave., 2nd Floor
Woodside, NY 11377
(718) 478–4488
Fax: (718) 479–4599
Email: fqvinluan@yahoo.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald L. Espiritu**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Givenchy Mae C. Alberto**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome M. Almilla**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony S. Antonio**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia A. Ballesteros**　　　　　　　　　　represented by　**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constante L. Bautista**　　　　　　　　　　represented by

**Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester P. Campos** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reynaldo P. De Luna** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mars A. Escobido** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel C. Gadicho** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel E. Nipales** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moises John T. Que** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivan George C. Sanico** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John S. Sarmiento** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annabelle D. Sibayan** represented by **Felix Boy Q. Vinluan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hansel H. Yuson**                                    represented by  **Felix Boy Q. Vinluan**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Jose B. Villanueva**


**Defendant**

**San Villa Ship Management Company**                  represented by  **John Y. Benford**
                                                                        Benford Law Firm, P.A
                                                                        1065 West Morse Boulevard, Suite 101
                                                                        Winter Park, FL 32789
                                                                        (407)–956–1010
                                                                        Fax: (407)–712–2046
                                                                        Email: jyb@jyblaw.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**Lincoln Road Employment Advisory Services, LLC**     represented by  **John Y. Benford**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**South Beach Employment Advisory Services LLC**       represented by  **John Y. Benford**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**Lorna Melgarejo**                                    represented by  **John Y. Benford**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**Jucilyn Villanueva**                                 represented by  **John Y. Benford**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jose B. Villanueva, Jucilyn Villanueva. (Filing Fee $ 350.00, Receipt Number 1036013)Document filed by Mars A. Escobido, Patricia A. Ballesteros, Annabelle D. Sibayan, Ma Cecilia M. Delgado, Hansel H. Yuson, John S. Sarmiento, Joel E. Nipales, Anthony S. Antonio, Ronald L. Espiritu, Lester P. Campos, Ariel C. Gadicho, Moises John T. Que, Ivan George C. Sanico, Constante L. Bautista, Givenchy Mae C. Alberto, Reynaldo P. De Luna, Jerome M. Almilla.(mro) (ama). (Entered: 04/23/2012) |
| 04/19/2012 | Ï | SUMMONS ISSUED as to Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jose B. Villanueva, Jucilyn Villanueva. (mro) (Entered: 04/23/2012) |
| 04/19/2012 | Ï | Magistrate Judge Henry B. Pitman is so designated. (mro) (Entered: 04/23/2012) |
| 04/19/2012 | Ï | Case Designated ECF. (mro) (Entered: 04/23/2012) |
| 04/23/2012 | Ï | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Felix Boy Q. Vinluan for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 1 Complaint,, to: caseopenings@nysd.uscourts.gov. (mro)** (Entered: 04/23/2012) |
| 04/27/2012 | Ï 2 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 7/27/2012 at 11:00 AM in Courtroom 26A, 500 Pearl Street, New York, NY 10007 before Judge Jesse M. Furman, and as further set forth in this document. (Signed by Judge Jesse M. Furman on 4/27/2012) (cd) (Entered: 04/27/2012) |
| 07/20/2012 | Ï | NOTICE of Courtroom Change: Please be advised that the matter scheduled before Judge Furman on 7/27/2012 at 11:00 am will be held in Courtroom 6A. (ab) (Entered: 07/20/2012) |
| 07/23/2012 | Ï 3 | ENDORSED LETTER addressed to Judge Jesse M. Furman from Felix Q. Vinluan dated 7/20/2012 re: Thus, we respectfully request that preliminary conference be adjourned to sometime during the last week of September 2012. ENDORSEMENT: Application Granted. Conference adjourned to September 24, 2012 at 4:00 p.m. Counsel for plaintiffs must update his contact info. on ECF promptly. SO ORDERED., ( Initial Conference set for 9/24/2012 at 04:00 PM before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 7/23/2012) (ama) (Entered: 07/23/2012) |
| 09/21/2012 | Ï 4 | ORDER: Plaintiffs shall communicate with the Court, in writing, as to why they have failed to serve the summons and Complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. In their submission, Plaintiffs shall specifically identify any defendant they believe is currently abroad, and thus not subject to Rule 4(m), and by what date they anticipate completing service upon such defendant. It is further ORDERED that if the Court does not receive any communication from Plaintiffs by October 5, 2012, showing good cause why service was not made on any defendant subject to the 120−day rule, the Court will dismiss the case as to such defendant without further notice to the parties. It is further ORDERED that the conference previously scheduled for September 24, 2012, is adjourned sine die. (Signed by Judge Jesse M. Furman on 9/21/2012) (ft) (Entered: 09/21/2012) |
| 10/05/2012 | Ï 5 | DECLARATION of Felix Vinluan *in response to Court's Order dated September 21, 2012*. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 10/05/2012) |
| 10/10/2012 | Ï 6 | |

| | | |
|---|---|---|
| | | ENDORSED LETTER addressed to Judge Jesse M. Furman from Felix Q. Vinluan dated 10/5/2012 re: We write in compliance to your Order dated September 21, 2012 requiring us to explain why we have failed to serve the summons and complaint to any of the defendants. ENDORSEMENT: Plaintiffs are granted until December, 14, 2012, to serve the summons and complaint on defendants. If service has not occurred by that date, plaintiffs shall submit a letter to the court on that date showing cause for why the Court should not dismiss the case for failure to prosecute. (Signed by Judge Jesse M. Furman on 10/10/2012) (rjm) (Entered: 10/11/2012) |
| 12/14/2012 | Ï 7 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Jucilyn Villanueva served on 12/1/2012, answer due 12/26/2012. Service was accepted by Jucilyn Villanueva, defendant. Document filed by Mars A. Escobido; Patricia A. Ballesteros; Annabelle D. Sibayan; Ma Cecilia M. Delgado; Hansel H. Yuson; John S. Sarmiento; Joel E. Nipales; Anthony S. Antonio; Ronald L. Espiritu; Lester P. Campos; Ariel C. Gadicho; Moises John T. Que; Ivan George C. Sanico; Constante L. Bautista; Givenchy Mae C. Alberto; Reynaldo P. De Luna; Jerome M. Almilla. (Vinluan, Felix) (Entered: 12/14/2012) |
| 12/14/2012 | Ï 8 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Lincoln Road Employment Advisory Services, LLC served on 12/4/2012, answer due 12/26/2012. Service was accepted by NRAI Services Inc., Chris Flores, registered agent. Document filed by Mars A. Escobido; Patricia A. Ballesteros; Annabelle D. Sibayan; Ma Cecilia M. Delgado; Hansel H. Yuson; John S. Sarmiento; Joel E. Nipales; Anthony S. Antonio; Ronald L. Espiritu; Lester P. Campos; Ariel C. Gadicho; Moises John T. Que; Ivan George C. Sanico; Constante L. Bautista; Givenchy Mae C. Alberto; Reynaldo P. De Luna; Jerome M. Almilla. (Vinluan, Felix) (Entered: 12/14/2012) |
| 12/14/2012 | Ï 9 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. South Beach Employment Advisory Services LLC served on 12/4/2012, answer due 12/26/2012. Service was accepted by NRAI Services Inc., Chris Flores, registered agent. Document filed by Mars A. Escobido; Patricia A. Ballesteros; Annabelle D. Sibayan; Ma Cecilia M. Delgado; Hansel H. Yuson; John S. Sarmiento; Joel E. Nipales; Anthony S. Antonio; Ronald L. Espiritu; Lester P. Campos; Ariel C. Gadicho; Moises John T. Que; Ivan George C. Sanico; Constante L. Bautista; Givenchy Mae C. Alberto; Reynaldo P. De Luna; Jerome M. Almilla. (Vinluan, Felix) (Entered: 12/14/2012) |
| 12/14/2012 | Ï 10 | STATUS REPORT. *in response to Court's Oct. 10, 2012 Order* Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson.(Vinluan, Felix) (Entered: 12/14/2012) |
| 12/18/2012 | Ï 11 | NOTICE OF INITIAL PRETRIAL CONFERENCE: IT IS FURTHER ORDERED that included with the Proposed Civil Case Management Plan andScheduling Order, the parties jointly submit a letter, not to exceed five (5) pages, providing thefollowing information in separate paragraphs: as set forth in this order. Initial Conference set for 1/31/2013 at 03:45 PM in Courtroom 6A, 500 Pearl Street, New York, NY 10007 before Judge Jesse M. Furman. (Signed by Judge Jesse M. Furman on 12/18/2012) (js) (Entered: 12/18/2012) |
| 12/20/2012 | Ï 12 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** EX PARTE MOTION for Service by Publication *on defendant Jose Villanueva*. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson.(Vinluan, Felix) Modified on 12/21/2012 (db). (Entered: 12/20/2012) |
| 12/21/2012 | Ï | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 12 HAS BEEN REJECTED. Note to Attorney Felix Boy Q. Vinluan : THE CLERK'S OFFICE |

| | | |
|---|---|---|
| | | **DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (db)** (Entered: 12/21/2012) |
| 12/21/2012 | 13 | MOTION for John Yates Benford to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8089987. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Order for Admission Pro Hac Vice)(Benford, John) (Entered: 12/21/2012) |
| 12/21/2012 | 14 | **FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT** – JOINT MOTION for Extension of Time to File Answer re: 1 Complaint,,. Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva.(Benford, John) Modified on 12/26/2012 (ldi). (Entered: 12/21/2012) |
| 12/21/2012 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for John Yates Benford to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8089987. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bwa)** (Entered: 12/26/2012) |
| 12/21/2012 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney John Y. Benford to E–MAIL Document No. 14 Stipulation to Judgments@nysd.uscourts.gov. This document is not filed via ECF. (ldi)** (Entered: 12/26/2012) |
| 12/26/2012 | 15 | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT: Plaintiffs and Defendants Jucilyn Villanueva, Lorna Melgarejo, Lincoln Road Employment Advisory Services, LLC, South Beach Employment Advisory Service, LLC, andSan Villa Ship Management Company, hereby stipulate that Defendants shall have until January 11, 2013, in which to file a response to Plaintiffs' Complaint, and state: 1. The deadline for Defendants Jucilyn Villanueva, Lincoln Road Employment Advisory Services, LLC, and South Beach Employment Advisory Service, LLC to respond to Plaintiffs' Complaint is December 26, 2012. (Lincoln Road Employment Advisory Services, LLC answer due 1/11/2013; Lorna Melgarejo answer due 1/11/2013; San Villa Ship Management Company answer due 1/11/2013; South Beach Employment Advisory Services LLC answer due 1/11/2013; Jucilyn Villanueva answer due 1/11/2013). (Signed by Judge Jesse M. Furman on 12/26/2012) (djc) (Entered: 12/26/2012) |
| 12/27/2012 | 16 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Lorna Melgarejo served on 12/21/2012, answer due 1/11/2013. Service was accepted by John Benford, Counsel. Document filed by Mars A. Escobido; Patricia A. Ballesteros; Annabelle D. Sibayan; Ma Cecilia M. Delgado; Hansel H. Yuson; John S. Sarmiento; Joel E. Nipales; Anthony S. Antonio; Ronald L. Espiritu; Lester P. Campos; Ariel C. Gadicho; Moises John T. Que; Ivan George C. Sanico; Constante L. Bautista; Givenchy Mae C. Alberto; Reynaldo P. De Luna; Jerome M. Almilla. (Vinluan, Felix) (Entered: 12/27/2012) |
| 12/27/2012 | 17 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. San Villa Ship Management Company served on 12/21/2012, answer due 1/11/2013. Service was accepted by John Benford, Counsel. Document filed by Mars A. Escobido; Patricia A. Ballesteros; Annabelle D. Sibayan; Ma Cecilia M. Delgado; Hansel H. Yuson; John S. Sarmiento; Joel E. Nipales; Anthony S. Antonio; Ronald L. Espiritu; Lester P. Campos; Ariel C. Gadicho; Moises John T. Que; Ivan George C. Sanico; Constante L. Bautista; Givenchy Mae C. Alberto; Reynaldo P. De Luna; Jerome M. Almilla. (Vinluan, Felix) (Entered: 12/27/2012) |

| | | |
|---|---|---|
| 12/27/2012 | 18 | AFFIDAVIT OF SERVICE of Court's Individual Rules and Practices and Notice of Pre–trial Conference served on San Villa Ship Management Company, Lincoln Road Employment Advisory Services, LLC, South Beach Employment Advisory Services, LLC, Lorna Melgarejo and Jucilyn Villanueva on 12/21/2012. Service was accepted by John Benford, Counsel. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 12/27/2012) |
| 12/28/2012 | 19 | MOTION for Service by Publication. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson.(Vinluan, Felix) (Entered: 12/28/2012) |
| 12/28/2012 | 20 | AFFIRMATION of Felix Q. Vinluan, Counsel in Support re: 19 MOTION for Service by Publication.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 12/28/2012) |
| 12/28/2012 | 21 | MEMORANDUM OF LAW in Support re: 19 MOTION for Service by Publication.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 12/28/2012) |
| 01/04/2013 | 22 | ORDER granting 13 Motion for John Yates Benford to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 01/04/2013) |
| 01/10/2013 | 23 | ORDER: Accordingly, Plaintiffs are hereby ORDERED to submit a supplemental brief, no later than January 24, 2013, that: (1) identifies the specific publications and publication schedules they intend to use to effect service of process and why such service comports with constitutional due process; and (2) whether service on some or all of Villanueva's relatives identified in the motion papers would be an effective form of alternative service of process that would comport with constitutional due process, either in lieu of, or in addition to, service by publication. If any defendants wish to respond to Plaintiffs' supplemental brief, they must do no later than January 29, 2013. The Court will address Plaintiffs' motion at the initial pretrial conference scheduled for January 31, 2013. (Signed by Judge Jesse M. Furman on 1/10/2013) (mro) (Entered: 01/10/2013) |
| 01/10/2013 |  | Set/Reset Deadlines: Brief due by 1/24/2013. (mro) Modified on 1/11/2013 (mro). (Entered: 01/10/2013) |
| 01/11/2013 | 24 | ENDORSED LETTER addressed to Judge Jesse M. Furman from John Y. Benford dated 1/10/2013 re: This letter is being sent pursuant to Your Honor's Individual Rule 1–E. The purpose of this letter is for Defendants Jucilyn Villanueva, Lorna Melgarejo, Lincoln Road Employment Advisory Services, LLC, South Beach Employment Advisory Service, LLC, and San Villa Ship Management Company to respectfully request this Honorable Court for a seven (7) day extension in which to file a response to Plaintiffs' Complaint. Accordingly, the seven (7) day extension will enlarge the deadline to January 18, 2013, to respond to Plaintiffs' Complaint is January 11, 2013. ENDORSEMENT: Application GRANTED., Lincoln Road Employment Advisory Services, LLC answer due 1/18/2013; Lorna Melgarejo answer due 1/18/2013; San Villa Ship Management Company answer due 1/18/2013; South Beach Employment Advisory |

| | | |
|---|---|---|
| | | Services LLC answer due 1/18/2013; Jucilyn Villanueva answer due 1/18/2013. (Signed by Judge Jesse M. Furman on 1/11/2013) (lmb) (Entered: 01/11/2013) |
| 01/18/2013 | 25 | ANSWER to 1 Complaint,, with JURY DEMAND. Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva.(Benford, John) (Entered: 01/18/2013) |
| 01/24/2013 | 26 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 19 MOTION for Service by Publication.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 01/24/2013) |
| 01/24/2013 | 27 | NOTICE OF CHANGE OF ADDRESS by Felix Boy Q. Vinluan on behalf of Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. New Address: Law Office of Felix Q. Vinluan, 69–10 Roosevelt Avenue, 2nd Floor, Woodside, NY, USA 11377, 718–478–4488. (Vinluan, Felix) (Entered: 01/24/2013) |
| 01/25/2013 | 28 | Letter addressed to Judge Jesse M. Furman from Felix Q. Vinulan dated 1/24/2013 re: On behalf of all the parties in the case. except Defendant Jos e Villanueva, I submit this letter in response to your Notice of Initial Pretrial Conference. The lawyer for the other defendants, Mr. John Benford has authorized me to send to your office this letter as our joint letter. Plaintiffs bring this action premised on the Forced Labor. Involuntary Servitude and Human Trafficking sections of the Trafficking Victims Protection Act (TVPA), as amended, and of the Alien Tort Statute (28 U.S.C. 1350). They likewise bring a RICO action ( 18 U.S.C. §1962) and a Fair Labor Standards Act (29 U.S.C. §§201 et seq.) cause of action for non–payment of overtime wages. Plaintiffs. who are all citizens of the Philippines, assert that they were sponsored as H–28 nonimmigrant workers by Defendants and were brought into the country under false promises of fair pay and humane treatment. They were not provided the promised full–time employment and were paid less than the minimum wages. To ensure that Plaintiffs continued to stay and make themselves available to work for Defendants, Defendants threatened them with arrest, imprisonment, deportation, cancellation of their visas, loss of work, lawsuits, and blacklisting. As a result of this campaign of fraudand coercion, Plaintiffs remained in constant fear of Defendants and believed they had no choice but to obey their orders and continue working for them. Finally, Plaintiffs likewise assert claims for breach of contract and fraud and negligent misrepresentation as further specified in this letter. There is but one outstanding motion, which is Plaintiffs' motion to serve summon toDefendant Jose Villanueva by publication. Plaintiffs have submitted their supplemental briefearlier this afternoon. The Court has given Defendants until January 29. 2013 to respond tothe supplemental brief should they wish to. Discovery has yet to begin. Parties agree that extensive discovery in terms ofproduction of documents and deposition testimonies. among others, have to first occur beforeany meaningful settlement negotiations should ensue.There have been no prior settlement discussions to date.(ago) (Entered: 01/25/2013) |
| 01/25/2013 | 29 | ENDORSED LETTER addressed to Judge Jesse A. Furman from John Y. Benford dated 1/24/2013 re: Pursuant to the instructions of your law clerk, I am writing this letter to respectfully request that my firm be permitted to attend via telephone the Initial Pretrial Conference in the above–referenced case, which is currently scheduled to be heard before Your Honor on Thursday, January 31, 2013 at 3:45 p.m. My firm is located in Orlando, Florida, and my appearance at this conference by telephone will save my clients the expense of travelling to and from New York for the conference. ENDORSEMENT: Application denied. (Signed by Judge |

| | | |
|---|---|---|
| | | Jesse M. Furman on 1/25/2013) (lmb) (Entered: 01/25/2013) |
| 01/31/2013 | 30 | NOTICE OF CHANGE OF ADDRESS by Felix Boy Q. Vinluan on behalf of All Plaintiffs. New Address: Law Office of Felix Q. Vinluan, 69–10 Roosevelt Avenue, 2nd Floor, Woodside, NY, USA 11377, 718–478–4488. (Vinluan, Felix) (Entered: 01/31/2013) |
| 01/31/2013 | 31 | REVISED SCHEDULING ORDER: IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for January 31, 2013 at 3:45 p.m., is RESCHEDULED for February 1, 2013 at 10:30 a.m. in Courtroom 6A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Jesse M. Furman on 1/31/2013) (mro) (Entered: 01/31/2013) |
| 02/01/2013 | 32 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All fact discovery shall be completed no later than 8/30/2013; All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than 10/4/2013; Initial requests for production of documents shall be served by 3/5/2013; Interrogatories shall be served by 3/5/2013; Depositions of fact witnesses shall be completed by 8/30/2013; Requests to admit shall be served by 3/5/2013. This case is to be tried to a jury; best estimate of the length of trial is four weeks; Defendants shall file a motion for transfer of venue no later than February 15, 2013; the next pretrial conference is scheduled for September 4, 2013 at 3 p.m. in Court room 1105 of 40 Foley Centre Street, New York, NY. Motions due by 2/15/2013. Deposition due by 8/30/2013. Fact Discovery due by 8/30/2013. Expert Discovery due by 10/4/2013. Pretrial Conference set for 9/4/2013 at 03:00 PM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman. (Signed by Judge Jesse M. Furman on 2/1/3013) (ja) (Entered: 02/01/2013) |
| 02/01/2013 | 33 | ORDER denying 19 Motion for Service by Publication. Plaintiffs' Motion for Service by Publication (Docket No. 19) is DENIED without prejudice to refiling at a later date. The Clerk of the Court is directed to terminate the motion. (Signed by Judge Jesse M. Furman on 2/1/2013) (ft) (Entered: 02/01/2013) |
| 02/01/2013 |  | Minute Entry for proceedings held before Judge Jesse M. Furman: Initial Pretrial Conference held on 2/1/2013. Felix Vinluan present for the Plaintiffs. John Benford present for the Defendants. Court reporter present. (ab) (Entered: 02/20/2013) |
| 02/15/2013 | 34 | NOTICE of MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA. Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva. (Benford, John) (Entered: 02/15/2013) |
| 02/15/2013 | 35 | MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva.(Benford, John) (Entered: 02/15/2013) |
| 02/15/2013 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*.. Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva. (Benford, John) (Entered: 02/15/2013) |
| 02/15/2013 | 37 | DECLARATION of LORNA MELGAREJO in Support re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*., 36 Memorandum of Law in Support of Motion,. |

| | | |
|---|---|---|
| | | Document filed by Lincoln Road Employment Advisory Services, LLC, Lorna Melgarejo, San Villa Ship Management Company, South Beach Employment Advisory Services LLC, Jucilyn Villanueva. (Attachments: # 1 Exhibit Exhibits to Declaration)(Benford, John) (Entered: 02/15/2013) |
| 03/06/2013 | 38 | MEMORANDUM OF LAW in Opposition re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 03/06/2013) |
| 03/06/2013 | 39 | DECLARATION of Ma Cecilia Delgado in Opposition re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Vinluan, Felix) (Entered: 03/06/2013) |
| 03/06/2013 | 40 | DECLARATION of Ronald Espiritu in Opposition re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Vinluan, Felix) (Entered: 03/06/2013) |
| 03/06/2013 | 41 | DECLARATION of Balkarran Sumasar in Opposition re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*.. Document filed by Givenchy Mae C. Alberto, Jerome M. Almilla, Anthony S. Antonio, Patricia A. Ballesteros, Constante L. Bautista, Lester P. Campos, Reynaldo P. De Luna, Ma Cecilia M. Delgado, Mars A. Escobido, Ronald L. Espiritu, Ariel C. Gadicho, Joel E. Nipales, Moises John T. Que, Ivan George C. Sanico, John S. Sarmiento, Annabelle D. Sibayan, Hansel H. Yuson. (Vinluan, Felix) (Entered: 03/06/2013) |
| 06/18/2013 | 42 | MEMORANDUM OPINION AND ORDER re: 35 MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA*. MOTION to Transfer Case *(VENUE) TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA* filed by Lincoln Road Employment Advisory Services, LLC, Jucilyn Villanueva, Lorna Melgarejo, South Beach Employment Advisory Services LLC, San Villa Ship Management Company. For the reasons discussed above, Defendants' motion to transfer venue is GRANTED, and the Clerk of Court is directed to transfer this case to the Southern District of Florida. The Court leaves the question of whether Plaintiffs should be granted leave to amend their complaint for the transferee court. (Signed by Judge Jesse M. Furman on 6/18/2013) (lmb) (Entered: 06/18/2013) |
| 06/18/2013 | Ï | |

| | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Southern District of Florida. (lmb) (Entered: 06/25/2013) |