UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22259-CIV-ZLOCH

MA CECILIA M. DELGADO et al.,

    Plaintiffs,

**ORDER TO SHOW CAUSE**

vs.

JOSE B. VILLANUEVA,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court previously entered its Order Of Instructions (DE 47) requiring the Parties to confer and jointly file a Rule 26(f) Report. The Court's review of the court file reveals that the Parties have failed to file such Report. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. By <u>noon</u> on <u>Thursday, January 30, 2014</u>, the Parties shall comply with the terms and conditions of the Court's prior Order Of Instructions (DE 47); and

    2. Upon the Parties' failure to comply with the terms and conditions of this Order the Court shall impose a sanction, including but not limited to the dismissal of the above-styled cause without prejudice and without further notice or hearing.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   28th   day of January, 2014.

                                            /s/ William J. Zloch
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record