UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22259-CIV-ZLOCH

MA CECLIA M. DELGAGDO, et al.,

    Plaintiffs,

**FINAL ORDER OF DISMISSAL**

vs.

JOSE B. VILLANUEVA, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court pursuant to the Court's Order To Show Cause (DE 48) previously entered herein, dated January 28, 2014, directing the Parties, on or before <u>noon</u> on <u>Thursday, January 30, 2014</u>, to comply with the terms and conditions of the Court's prior Order Of Instructions (DE 47). In said Order, the Court notified Plaintiff that the failure to timely comply would result in dismissal of the above-styled cause, without prejudice and without further notice or hearing. The Court notes that the Parties have failed to file such a memorandum.

    Therefore, the Court having reviewed the court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _31st_ day of January, 2014.

                                            /s/ William J. Zloch
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copy furnished:

All Counsel of Record